# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE LIFE IS GOOD COMPANY AND CONSTRUCTOR.IO CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HITEL TECHNOLOGIES LLC,<br><br>Defendant. | Civil Action No. 1:22-CV-11467-WGY |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs The Life is Good Company and Constructor.io Corporation hereby dismiss without prejudice all claims against Defendant Hitel Technologies LLC in the above-captioned matter.  Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: November 3, 2022

Respectfully submitted,

**WILMER CUTLER PICKERING
 HALE AND DORR LLP**

 */s/ Michael J. Summersgill*
Michael J. Summersgill (SBN 632816)
 michael.summersgill@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6261

*Attorney for Plaintiffs*